IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY KING, individually,

    Plaintiff,

v.                                        CASE NO.: 1:10cv55-SPM/GRJ

THE GOLDMAN SACHS GROUP, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' notice of voluntary dismissal (docs. 17 and 18) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 16th day of September, 2010.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge